UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>VASILJ, INC., a California corporation;<br><br>Defendant. | CASE NO.: 2:20-CV-00648-PA-(JCx)<br><br>**ORDER RE DISMISSAL OF ENTIRE ACTION**<br><br>[Hon. Percy Anderson] |

Pursuant to the Stipulation Re Dismissal by and between Plaintiff, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC. on behalf of certain employment benefit plans collectively known as the Construction Laborers Trust Funds for Southern California ("TRUST FUNDS")  and Defendant, VASILJ, INC., a California corporation ("VASILJ") and good cause appearing therefor,

/ / /

1

394553.1

IT IS HEREBY ORDERED that:

1. This action is dismissed in its entirety with prejudice with each party to bear its own costs and attorney's fees pursuant to the terms of a settlement agreement between the parties relating to claims covering the period from March 1, 2016 to March 31, 2019.

2. Since the TRUST FUNDS audit of VASIL'S records covered the period through March 31, 2019 only, the dismissal of this action shall not operate as a bar and/or have res judicata effect or any other limitation of any legal right and remedy of the TRUST FUNDS to seek collection of any amount due, or comes due by VASILJ, to any one or more of the TRUST FUNDS during the period after March 31, 2019.

DATED: August 31, 2020

	PERCY ANDERSON
	UNITED STATES DISTRICT JUDGE.

2

394553.1